# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CGR REAL ESTATE, LLC, CGR RE FRANKLIN PARK, LP, AND CGR HOLDINGS, LLC | : No. 154 WAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| BOROUGH COUNCIL OF THE BOROUGH OF FRANKLIN PARK | : |
| | : |
| v. | : |
| | : |
| GREGORY AND KATHLEEN WOODWORTH, HELENE DONCH AND BERNARD M. AVON, JR. | : |
| | : |
| | : |
| PETITION OF: BOROUGH COUNCIL OF THE BOROUGH OF FRANKLIN PARK | : |
| | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.